# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1077

_____

In re: Richard Charles Tolbert,        *
                                       *
          Debtor,                      *
------------------------------------------------   *
                                       *   Appeal from the United States
Richard Charles Tolbert,               *   Bankruptcy Appellate Panel
                                       *   For the Eighth Circuit.
          Appellant,                   *
                                       *      **[UNPUBLISHED]**
     v.                                *
                                       *
Richard Fink,                          *
                                       *
          Appellee.                    *

_____

Submitted: July 6, 2001
Filed:   July 20, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Richard Charles Tolbert appeals the bankruptcy appellate panel's affirmance of the bankruptcy court's[1] dismissal of his Chapter 13 petition. For the reasons explained in the bankruptcy appellate panel's opinion, we affirm the decision of the bankruptcy

_____

[1]The HONORABLE ARTHUR B. FEDERMAN, United States Bankruptcy Judge for the Western District of Missouri.

court.  See 8th Cir. R. 47B.  The appellee is awarded double costs because the appeal is frivolous.  See Fed. R. App. P. 38.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.